**Electronically Filed
Intermediate Court of Appeals
30689
04-AUG-2011
10:10 AM**

NO. 30689

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
CARRIE L. THRASHER, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-10-00975)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on June 30, 2011, is hereby corrected as follows:

1.  On page 2, in the first line, "Hawai'i Rule of Penal Procedure" should be corrected to read "Hawai'i Rules of Penal Procedure".

2.  On page 5, in the second line, the word "his" should be replaced with the word "her".

3.  On page 6, in the sixth line of subsection "C.", a close quotation mark should be inserted after the period ending the sentence and before the case citation.

4.  On page 7, in the tenth line of footnote 6, the name "Tafuna" should be replaced with "Thrasher".

---

[1] Nakamura, Chief Judge, and Reifurth, J., with Ginoza, J., concurring separately.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 4, 2011.

FOR THE COURT:

Chief Judge